# First District Court of Appeal
## State of Florida

_____

No. 1D2023-3366
_____

James D. Jenkins,

    Appellant,

    v.

Ricky D. Dixon, Secretary,
Florida Department of
Corrections,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

January 27, 2026

Per Curiam.

    Affirmed.

Osterhaus, C.J., and Roberts and Winokur, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

James D. Jenkins, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee; Dan Johnson, General Counsel, and Kelly Raplea Forren, Assistant General Counsel, Department of Corrections, Tallahassee, for Appellee.